IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

MECHAM FAMILY TRUST, )
)
        Plaintiff, ) TC-MD 120329N
)
    v. )
)
MULTNOMAH COUNTY ASSESSOR, )
)
        Defendant. ) **DECISION OF DISMISSAL**

       This matter is before the court on its own motion to dismiss this case for lack of prosecution.

       A trial was scheduled at 9:00 on November 27, 2012, to consider Plaintiff's appeal.  The parties agreed trial on November 27, 2012, during the case management conference held in this matter on June 4, 2012.  On June 6, 2012, the court sent notice of the scheduled trial to Plaintiff at the email address Plaintiff provided to the court.  The notice was not returned as undeliverable.  The notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

       Plaintiff failed to appear at the November 27, 2012, trial.  As of the date of this Decision, the court has not received any communication from Plaintiff explaining his failure to appear at the November 27, 2012, trial.  Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution.  Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of November 2012.


_____
ALLISON R. BOOMER
MAGISTRATE


*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Allison R. Boomer on November 27, 2012.  The Court filed and entered this document on November 27, 2012.*